People v Khan (2022 NY Slip Op 50101(U))

[*1]

People v Khan (Ali)

2022 NY Slip Op 50101(U) [74 Misc 3d 129(A)]

Decided on February 17, 2022

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on February 17, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Brigantti, Silvera, JJ.

570213/19

The People of the State of New York,
Respondent, 
against
Ali Khan, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Josh E. Hanshaft, J.), rendered March 11, 2019, convicting him, upon his plea of
guilty, of driving while intoxicated, and imposing sentence.

Per Curiam.
Judgment of conviction (Josh E. Hanshaft, J.), rendered March 11, 2019, affirmed.
The court properly denied defendant's suppression motion. There is no basis for disturbing
the court's credibility determinations, which are supported by the record (see People v
Prochilo, 41 NY2d 759, 761 [1977]). The arresting officer's testimony established that the
stop of the defendant's vehicle was lawful, based upon the firsthand observations imparted to him
by a fellow officer, the latter having observed defendant speeding and driving straight through an
intersection from the left turn only lane (see People v Mitchell, 124 AD3d 912, 914
[2015]; People v Green, 13 AD3d 646 [2004], lv denied 4 NY3d 831 [2005]).
Contrary to defendant's contention, "[a] police witness at a suppression hearing may establish
probable cause by personal knowledge, as well as by information supplied by fellow officers"
(People v Edwards, 95 NY2d 486, 491 [2000]) and where, as here, the knowledge of the
imparting officer was based on his first-hand observations, the People were not required to
produce that officer at the suppression hearing in order to satisfy their burden of going forward to
establish the legality of the initial stop (see People v Ketcham, 93 NY2d 416, 420
[1999]).
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: February 17, 2022